AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DuPONT FABROS DEVELOPMENT LLC

**SUMMONS IN A CIVIL CASE**

V.

SOVEREIGN 59 CORPORATION, CLEOFE RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, ANTONIO J. MUNOZ and THE ZILBERBRAND GROUP, LLC

CAS

CASE NUMBER   1:05CV02184

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 11/07/2005

TO: (Name and address of Defendant)

THE ZILBERBRAND GROUP, LLC
1503 N. Park Avenue
Chicago, IL 60610

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Brian Busey
Morrison & Foerster LLP
1650 Tysons Blvd, Suite 300
McLean, VA 22102

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    NOV 07 2005

CLERK                                         DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/14/05 @ 11:40 am |
| NAME OF SERVER (PRINT) Ralph Olson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: Samuel Gomez / Office Manager
   M.H. 32, 5'8 175 Black

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/21/05
           Date

UNITED PROCESSING, INC.
55 West Wacker Drive
9th Floor
Chicago, IL. 60601

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.