AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DuPONT FABROS DEVELOPMENT LLC

**SUMMONS IN A CIVIL CASE**

V.

SOVEREIGN 59 CORPORATION, CLEOFE RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, ANTONIO J. MUNOZ and THE ZILBERBRAND GROUP, LLC

CASE NUMI

CASE NUMBER 1:05CV02184

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 11/07/2005

TO: (Name and address of Defendant)

SOVEREIGN 59 CORPORATION,
a Delaware Corp. located at 680 Cesar Gonzalez Ave., Hato Rey, PR 00918
Registered Agent:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Brian Busey
Morrison & Foerster LLP
1650 Tysons Blvd., Suite 300
McLean, VA 22102

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

NOV 07 2005
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/15/05 |
|---|---|
| NAME OF SERVER (PRINT) CAREY M SHEA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served:

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

G Returned unexecuted:

G Other (specify): PERSONALLY SERVED SOVEREIGN 59 CORPORATION BY SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST WILM DE 19801 AT 8:40AM PERSON ACCEPTING SERVICE: SCOTT LASCALA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/15/05
Date

[signature]
*Signature of Server*

PARCELS INC
230 N. MARKET ST
WILM DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.