UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DuPONT FABROS DEVELOPMENT LLC, )
)
          Plaintiff, )
)
v. )
) Case No. 1:05CV02184
SOVEREIGN 59 CORPORATION; CLEOFE )
RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI; )
ANTONIO J. MUNOZ; and THE ZILBERBRAND )
GROUP, LLC, )
)
          Defendants. )

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT THE ZILBERBRAND GROUP, LLC TO RESPOND TO COMPLAINT

Defendant The Zilberbrand Group, LLC ("Zilberbrand") hereby moves this Court for an Order extending the time within which Defendant Zilberbrand is required to answer or otherwise respond to the Complaint filed in this action by 10 days, to and through December 15, 2005. Defendant Zilberbrand's response is currently due on December 5, 2005. Plaintiff's counsel has authorized the undersigned counsel to advise the Court that Plaintiff does not oppose this motion.

The requested extension will not affect any existing deadlines in this proceeding, but will facilitate the orderly resolution of this matter. A proposed Order is attached to this motion.

WHEREFORE, Defendant Zilberbrand respectfully requests that its Unopposed Motion for Extension of Time to Respond to Complaint be granted.

Respectfully submitted,

_____
David K. Monroe
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, P.C.
1054 Thirty-First Street, NW
Washington, DC   20007
Telephone:   202/342-5200
Facsimile:   202/342-5219
Email:   dmonroe@gkglaw.com

DATE:   December 1, 2005

## CERTIFICATE OF SERVICE

I do hereby certify that I have delivered a true and correct copy of the foregoing document to the following addressees at the addresses stated by facsimile transmission this 1st day of December 2005:

> G. Brian Busey, Esquire
> MORRISON & FOERSTER, LLP
> 1650 Tysons Boulevard – Suite 300
> McLean, VA 22102
> Telephone:  703/760-7700
> Facsimile:  703/760-7777
> Email:  gbusey@mofo.com
>
> Attorneys for Plaintiff
> DuPONT FABROS DEVELOPMENT LLC

*Linda D. Thomas*