UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:05CV02184 |
| SOVEREIGN 59 CORPORATION; CLEOFE | ) |
| RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI; | ) |
| ANTONIO J. MUNOZ; and THE ZILBERBRAND | ) |
| GROUP, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendant Zilberbrand Group, LLC ("Zilberbrand") has filed an Unopposed Motion for Extension of Time for Defendant Zilberbrand to respond to the Complaint. As the Motion is unopposed, and for good cause shown,

IT IS ORDERED that the Motion for extension of time to respond to the Complaint is GRANTED, and Defendant Zilberbrand's time to respond to the verified Complaint is hereby extended to December 15, 2005.

SIGNED this _____ day of December 2005.

_____
U.S. DISTRICT COURT JUDGE