# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:05CV02184


Petitioner/Plaintiff:
**DuPONT FABROS DEVELOPMENT LLC**

vs.

Respondent/Defendant:
**Sovereign 59 Corporation, et al.**

For:
G. Brian Busey
Morrison & Foerster

,     . .   .

Received by Investigative Legal Services, Inc. to be served on **ANTONIO J. MUNOZ, 680 Cesar Gonzalez Avenue, Hato Rey, P R 00918.**

I, Alberto Diaz, being duly sworn, depose and say that on the **21st day of November, 2005** at **10:45 am**, I:

**Individually Served** the within named person with a true copy of this **NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE, COMPLAINT, EXHIBITS.**

**Additional Information pertaining to this Service:**
11/22/2005  12:55 pm   Served at MB Holdings Management, Calle Progreso #54, Suite 601, Stop 20, Santurce PR.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service is true and correct.


Affidavit No. _172_

Subscribed and sworn to before me on the 22nd day of November, 2005 by the affiant who is personally known to me.

Notary public
My commission is for life.

**Alberto Diaz**
Process Server

**Investigative Legal Services, Inc.**
P.O. Box 3551
Orlando, FL  32802-3551
**(888) 426-7436**

Our Job Serial Number: 2005000780

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h