# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:05CV02184

Petitioner/Plaintiff:
**DuPONT FABROS DEVELOPMENT LLC**

vs.

Respondent/Defendant:
**Sovereign 59 Corporation, et al.**

For:
G. Brian Busey
Morrison & Foerster

Received by Investigative Legal Services, Inc. to be served on **CLEOFE RUBI GONZALEZ a/k/a Cleofe Rubi, 680 Cesar Gonzalez Avenue, Hato Rey P R 00918**.

I, Alberto Diaz, being duly sworn, depose and say that on the **21st day of November, 2005 at 5:30 pm**, I:

**Individually Served** the within named person with a true copy of this **NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTATE JUDGE, COMPLAINT, EXHIBITS.**

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service is true and correct.

Affidavit No. _174_

Subscribed and sworn to before me on the 22nd day of November, 2005 by the affiant who is personally known to me.

Notary public
My commission is for life.

Alberto Diaz
Process Server

Investigative Legal Services, Inc.
P.O. Box 3551
Orlando, FL 32802-3551
(888) 426-7436

Our Job Serial Number: 2005000782

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h