IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC,<br>a Delaware limited liability company located at<br>1212 New York Ave., NW, Suite 900,<br>Washington, DC 20005,<br><br>Plaintiff,<br><br>v.<br><br>SOVEREIGN 59 CORPORATION,<br>a Delaware Corp. located at 680 Cesar Gonzalez<br>Ave., Hato Rey, PR 00918<br>Registered Agent:<br>   The Corporation Trust Company<br>   1209 Orange Street<br>   Wilmington, DE 19801<br><br>and<br><br>CLEOFE RUBI-GONZÁLEZ,<br>a/k/a CLEOFE RUBI,<br><br>and<br><br>ANTONIO J. MUNOZ,<br><br>and<br><br>THE ZILBERBRAND GROUP, LLC,<br>a Delaware limited liability company located at<br>1503 N. Park Avenue, Chicago, IL 60610,<br><br>Defendants. | Case No. 01:05CV02184<br>JUDGE EMMET G. SULLIVAN |

## NOTICE OF FILING CORRECTED PAGE

Plaintiff DuPont Fabros Development LLC hereby submits for filing a corrected page 5 of Plaintiff's Complaint. In the corrected page, which is attached to this Notice, Plaintiff

va-141757

replaces an inadvertent date omission. In the first line of ¶ 15 of the Complaint, text which previously read "{Need date}" should have been replaced prior to filing, and now has been replaced, with the corrected text "August."

Dated: November 9, 2005

Respectfully submitted,

DuPONT FABROS DEVELOPMENT LLC

By: *G. Brian Busey* /mjk/
G. Brian Busey (DC Bar No. 366760)
John L. Kolakowski (DC Bar No. 476628)
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 300
McLean, Virginia 22102
Telephone:  (703) 760-7700
Facsimile:   (703) 760-7777

Attorneys for Plaintiff DuPont Fabros Development LLC.

- 2 -

va-141757

## PROOF OF SERVICE

I hereby certify, pursuant to LCvR 5.3, that I have caused true and correct copies of the foregoing **PLAINTIFF'S NOTICE OF FILING CORRECTED PAGE** to be served on Friday, November 11, 2005 by hand to each defendant concurrent with service of the Complaint in this proceeding.

Dated this 9th day of November, 2005.

_John L. Kolakowski_ /MJZ
John L. Kolakowski

va-141785