IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, a Delaware limited liability company located at 1212 New York Ave., NW, Suite 900, Washington, DC 20005,<br><br>Plaintiff,<br><br>vs.<br><br>SOVEREIGN 59 CORPORATION, a Delaware corporation located at 680 César González Ave, Hato Rey, PR 00918<br>Registered Agent:<br>    The Corporation Trust Company<br>    1209 Orange Street<br>    Wilmington, DE 19801<br><br>            and<br><br>CLEOFE RUBI-GONZALEZ, a/k/a CLEOFE RUBI,<br>680 Cesar Gonzalez Ave.<br>Hato Rey, PR  00918<br><br>            and<br><br>ANTONIO J. MUÑOZ,<br>680 Cesar Gonzalez Ave.<br>Hato Rey, PR  00918<br><br>            and<br><br>THE ZILBERBRAND GROUP, LLC, a Delaware limited liability company located at 1503 N. Park Avenue, Chicago, IL 60610,<br><br>Defendants. | CASE No. 1:05CV02184<br><br>Judge: Emmet G. Sullivan<br><br>Deck Type: Contract |

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to LCvR 83.6, Stephen H. Marcus, 1050 17th Street, N.W., Suite 600, Washington, D.C. 20036, gives notice that he is entering his appearance in the above-captioned action on behalf of Defendants Sovereign 59 Corporation, Cleoffe Rubi-Gonzalez and Antonio J. Munoz.

Respectfully submitted,

_____/s/_____
Stephen H. Marcus, Esq.
Law Office of Stephen H. Marcus
D.C. Bar No. 394419
1050 17th Street. N.W.,
Suite 600
Washington, D.C.  20036
Tel: 202-776-0651
Fax: 202-331-7272


Counsel for Defendant
Sovereign 59 Corporation, Inc.,
Cleoffe Rubi-Gonzalez and
Antonio J. Munoz

December 12, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2005, I served the following counsel with the foregoing Notice of Appearance by filing it on the Electronic Case Filing System for the U.S. District Court for the District of Columbia:

> G. Brian Busey, Esq.
> Morrison & Foerster
> 1650 Tysons Blvd.
> Suite 300
> McLean, Virginia 22102

_____/s/_____
Stephen H. Marcus