## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DuPONT FABROS DEVELOPMENT** | **CASE No. 1:05CV02184** |
| **Plaintiff,** | **Judge: Emmet G. Sullivan** |
| **vs.** | |
| **SOVEREIGN 59 CORPORATION, CLEOFE RUBI-GONZALEZ, a/k/a CLEOFE RUBI, ANTONIO J. MUÑOZ, and THE ZILBERBRAND GROUP** | |
| **Defendants.** | |

### DEFENDANT SOVEREIGN 59 CORPORATION'S UNOPPOSED MOTION TO EXTEND THE TIME TO ANSWER OR RESPOND TO THE COMPLAINT

Defendant Sovereign 59 Corporation ("Sovereign 59"), by its undersigned counsel, hereby moves this Court for an Order pursuant to Fed. R. Civ. P. 6(b), permitting it to file its Answer to the Complaint today – December 12, 2005.   In support of this motion, Sovereign 59 states as follows:

1.        Sovereign 59's agent for service of process was served with the Complaint herein on November 15, 2005.  Accordingly, its answer or response was due on December 5, 2005.  Sovereign 59's agent for service of process is located in Wilmington, DE.   Its principal place of business is in Puerto Rico.

2.        Sovereign 59 required time to receive and review the Complaint and then identify and retain local counsel.

3.        Sovereign 59 retained the undersigned local counsel on December 6, 2005.

4.    The undersigned counsel contacted counsel for Plaintiff on December 7, 2005, who stated that Plaintiff did not oppose permitting Sovereign 59 to answer or respond to the Complaint on December 12, 2005.

5.    The Court has not set a schedule for this case as it was only recently filed, and thus the requested extension will not affect any deadlines.

For the reasons set forth above, Sovereign 59 respectfully requests that the deadline for serving and filing its answer to the Complaint be extended to December 12, 2005.  A proposed Order and Sovereign 59's answer are attached hereto.


                                        Respectfully submitted,


                                        _____/s/_____
                                        Stephen H. Marcus, Esq.
                                        Law Office of Stephen H. Marcus
                                        D.C. Bar No. 394419
                                        1050 17th Street. N.W.,
                                        Suite 600
                                        Washington, D.C.  20036
                                        Tel: 202-776-0651
                                        Fax: 202-331-7272


                                        Counsel for Defendant
                                        Sovereign 59 Corporation, Inc.

December 12, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DuPONT FABROS DEVELOPMENT** | **CASE No. 1:05CV02184** |
| **Plaintiff,** | **Judge: Emmet G. Sullivan** |
| **vs.** | |
| **SOVEREIGN 59 CORPORATION,** **CLEOFE RUBI-GONZALEZ, a/k/a** **CLEOFE RUBI, ANTONIO J. MUÑOZ,** **and THE ZILBERBRAND GROUP** | |
| **Defendants.** | |

**<u>ORDER</u>**

Upon consideration of Defendant Sovereign 59 Corporation's Unopposed Motion to Extend the Time to Answer or Respond to the Complaint, it is this ___ day of December 2005, hereby ORDERED that the aforesaid motion is granted and that Defendant Sovereign 59 Corporation may serve and file its Answer on December 12, 2005.

_____

Judge Emmet G. Sullivan

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of December, 2005, I served the following counsel with the foregoing Unopposed Motion to Extend Time by filing it on the Electronic Case Filing System for the U.S. District Court for the District of Columbia:

G. Brian Busey, Esq.
Morrison & Foerster
1650 Tysons Blvd.
Suite 300
McLean, Virginia 22102



_____/s/_____
Stephen H. Marcus