**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DuPONT FABROS DEVELOPMENT**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SOVEREIGN 59 CORPORATION, CLEOFE RUBI-GONZALEZ, a/k/a CLEOFE RUBI, ANTONIO J. MUÑOZ, and THE ZILBERBRAND GROUP**<br><br>**Defendants.** | **CASE No. 1:05CV02184**<br><br>**Judge: Emmet G. Sullivan** |

**MOTION OF DEFENDANTS CLEOFE RUBI-**
**GONZALEZ AND ANTONIO J. MUNOZ TO EXTEND THE**
**TIME TO ANSWER OR RESPOND TO THE COMPLAINT**

Defendants Cleofe Rubi-Gonzalez ("Rubi") and Antonio J. Munoz ("Munoz"), by their undersigned counsel, hereby move this Court for an Order pursuant to Fed. R. Civ. P. 6(b), extending the date for them to answer or respond to the Complaint to January 4, 2006. In support of this motion, Rubi and Munoz state as follows:

1. Rubi and Munoz were served with the Complaint on November 21, 2005. Accordingly, their answer or response is due today -- December 12, 2005.

2. Rubi and Munoz reside in Puerto Rico. After receiving the Complaint, they required time to review the Complaint, identify and retain local counsel, and analyze the factual and legal issues raised in the Complaint.

3. Rubi and Munoz retained the undersigned local counsel on December 6, 2005.

4. The undersigned counsel contacted counsel for Plaintiff on December 7, 2005 and requested that Plaintiff agree to extend the time for Rubi and Munoz to answer

or respond to the Complaint to January 4, 2006.  Plaintiff's counsel advised that Plaintiff would not agree to extend the date by when Rubi and Munoz must answer or respond to the Complaint beyond the current due date.

5.     The Court has not set a schedule for this case as it was only filed on November 7, 2005.  Accordingly, the requested extension will not affect any deadlines.

5.     This Court has the discretion to grant the requested extension of time pursuant to Fed. R. Civ. P. 6(b) for "cause shown."  The facts set forth above establish the requisite showing of cause.

For the reasons set forth above, Rubi and Munoz respectfully request that the deadline for serving and filing their answer or response to the Complaint be extended to January 4, 2006.  A proposed Order is attached hereto.

Respectfully submitted,

_____/s/_____
Stephen H. Marcus, Esq.
Law Office of Stephen H. Marcus
D.C. Bar No. 394419
1050 17th Street. N.W.,
Suite 600
Washington, D.C.  20036
Tel: 202-776-0651
Fax: 202-331-7272

Counsel for Defendants
Cleofe Rubi-Gonzalez
<u>and Antonio J. Munoz</u>

December 12, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DuPONT FABROS DEVELOPMENT** | **CASE No. 1:05CV02184** |
| **Plaintiff,** | **Judge: Emmet G. Sullivan** |
| vs. | |
| **SOVEREIGN 59 CORPORATION, CLEOFE RUBI-GONZALEZ, a/k/a CLEOFE RUBI, ANTONIO J. MUÑOZ, and THE ZILBERBRAND GROUP** | |
| **Defendants.** | |

## ORDER

Upon consideration of the motion filed by Defendants Cleofef Rubi-Gonzalez and Antonia J. Munoz to Extend the Time to Answer or Respond to the Complaint, it is this ___ day of December 2005, hereby ORDERED that the aforesaid motion is granted and that the aforesaid Defendants may serve and file their Answer or response to the Complaint on or before January 4, 2006.

                                                                                    _____
                                                                                    Judge Emmet G. Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2005, I served the following counsel with the foregoing Motion to Extend Time by filing it on the Electronic Case Filing System for the U.S. District Court for the District of Columbia:

>G. Brian Busey, Esq.
>Morrison & Foerster
>1650 Tysons Blvd.
>Suite 300
>McLean, Virginia 22102

_____/s/_____
Stephen H. Marcus