IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 01:05CV02184-EGS |
| SOVEREIGN 59 CORPORATION, CLEOFE ) | JUDGE EMMET G. SULLIVAN |
| RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, ) | |
| ANTONIO J. MUNOZ, and THE ) | |
| ZILBERBRAND GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR
RECONSIDERATION OF MINUTE ORDER GRANTING
DEFENDANTS RUBI-GONZALEZ'S AND MUNOZ'S
MOTION FOR EXTENSION OF TIME**

For the reasons set forth in the attached Memorandum of Points and Authorities in Support of Plaintiff's Motion for Reconsideration of Minute Order Granting Defendants Cleofe Rubi-Gonzalez's and Antonio J. Munoz's Motion for Extension of Time, Plaintiff DuPont Fabros respectfully requests reconsideration of the Minute Order and denial of the extension request.

Defendants Cleofe Rubi-Gonzalez and Antonio J. Munoz (the "Individual Defendants") were required to answer or otherwise respond to the Complaint by December 12, 2005. On December 12, 2005, the Individual Defendants filed a Motion for Extension of their time to answer to January 4, 2006 without demonstrating good cause for such a lengthy extension. The Court granted the Individual Defendants' Motion for Extension before Plaintiff DuPont Fabros had any opportunity to oppose and explain why the requested extension was unjustified. Such an

va-145822

- 2 -

extension is completely unjustified given that Defendant Sovereign 59, which is co-owned by the Individual Defendants, filed its Answer to the Complaint on December 12, 2005.

As discussed in the supporting Memorandum, this case concerns Defendants' breach of an agreement to sell rights in a new Cessna Citation Sovereign aircraft which is expected to be fully manufactured and delivered as early as January 2006. Accordingly, time is of the essence in this dispute. The Individual Defendants' Motion for Extension to and including January 4, 2006 is a transparent attempt to delay this proceeding in order to allow the aircraft to be sold and transferred to another entity in breach of the Agreement between the parties.

Accordingly, Plaintiff respectfully requests reconsideration of the Court's Minute Order and denial of the Individual Defendants' request for extension. Plaintiff DuPont Fabros respectfully requests the Court to direct the Individual Defendants to answer or otherwise respond to the Complaint by no later than December 19, 2005 or be deemed to be in default pursuant to Fed. R. Civ. P. 55(a).

Dated: December 15, 2005                Respectfully submitted,

                                        DuPONT FABROS DEVELOPMENT LLC

                                        By:         /s/
                                            G. Brian Busey (DC Bar No. 366760)
                                            John L. Kolakowski (DC Bar No. 476628)
                                            MORRISON & FOERSTER LLP
                                            1650 Tysons Boulevard, Suite 300
                                            McLean, Virginia  22102
                                            Telephone:  (703) 760-7700
                                            Facsimile:  (703) 760-7777

                                        Attorneys for Plaintiff DuPont Fabros
                                        Development LLC.

va-145822