**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOVEREIGN 59 CORPORATION, CLEOFE ) <br> RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, ) <br> ANTONIO J. MUNOZ, and THE ) <br> ZILBERBRAND GROUP, LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 01:05CV02184-EGS <br> JUDGE EMMET G. SULLIVAN |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Plaintiff's Motion for Reconsideration of Minute Order Granting Defendants Cleofe Rubi-Gonzalez's and Antonio J. Munoz's Motion for Extension of Time, Plaintiff's Memorandum in Support Thereof, and the entire record herein, it is by this ___ day of December 2005, hereby

ORDERED that Plaintiff's motion for reconsideration is GRANTED;

FURTHER ORDERED that the time by which the Individual Defendants shall file and serve a response to the Complaint in the above-captioned action shall be enlarged to December 19, 2005; and it is

FURTHER ORDERED that if the Individual Defendants do not file their response to the Complaint by that date they shall be considered to be in default pursuant to Fed. R. Civ. P. 55(a).

_____
Judge Emmet G. Sullivan

va-145833