IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOVEREIGN 59 CORPORATION; CLEOFE ) <br> RUBI-GONZALEZ, a/k/a CLEOFE RUBI; ) <br> ANTONIO J. MUNOZ; and THE ZILBERBRAND ) <br> GROUP, LLC, ) <br> ) <br> Defendants. ) | Case No. 1:05CV02184 <br><br> The Honorable Emmet G. Sullivan |

### DEFENDANT THE ZILBERBRAND GROUP'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. RULES 12(b)(2) AND 12(b)(6)

Defendant The Zilberbrand Group ("Zilberbrand"), by and through its undersigned counsel, hereby respectfully moves this Court for an Order dismissing the Complaint filed herein pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure on the grounds that this Court lacks personal jurisdiction over Zilberbrand. In addition, Defendant Zilberbrand respectfully requests dismissal of the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Complaint fails to state a claim upon which relief can be granted against Zilberbrand.

For the reasons set forth more fully in Zilberbrand's Memorandum in support of this Motion, and the attached Declaration of Ronald Zilberbrand, this Court lacks both general and specific personal jurisdiction over Zilberbrand, and Plaintiff's Complaint does not allege a viable claim against Defendant Zilberbrand. Consequently, Zilberbrand respectfully requests that the Complaint be dismissed as to Zilberbrand.

### REQUEST FOR HEARING

Pursuant to Local Rule 7.1(f), Defendant Zilberbrand hereby requests a hearing with regard

to this Motion to Dismiss.

          Respectfully submitted,

          */s/ David K. Monroe*

          David K. Monroe, DC Bar No. 358763
          Brendan Collins, DC Bar No. 413658
          GALLAND KHARASCH GREENBERG
          FELLMAN & SWIRSKY, PC
          1054 Thirty-First Street, NW
          Washington, DC  20007
          Telephone:   202/342-5200
          Facsimile:   202/342-5219
          Email:   dmonroe@gkglaw.com
                     bcollins@gkglaw.com

DATED:  December 23, 2005

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was delivered to the following addressees at the address stated by depositing same in the United States mail, first class postage prepaid, this 23rd day of December 2005:

>G. Brian Busey
>John L. Kolakowski
>MORRISON & FOERSTER, LLP
>1650 Tysons Boulevard – Suite 300
>McLean, VA 22102
>Telephone:   703/760-7700
>Facsimile:   703/760-7777

>Attorneys for Plaintiff
>DuPONT FABROS DEVELOPMENT LLC

>Stephen H. Marcus
>LAW OFFICE OF STEPHEN H. MARCUS
>1050 Seventeenth Street, NW – Suite 600
>Washington, DC 20036
>Telephone:   202/776-0651
>Facsimile:   202/331-7272

>and

>Orlando Fernandez
>GARCIA & FERNANDEZ
>33 Bolivia Street – Suite 701
>San Juan, PR 00917
>Telephone:   787/764-1932
>Facsimile:   787/766-2132

>Attorneys for Defendants
>SOVEREIGN 59 CORPORATION, INC.,
>CLEOFE RUBI-GONZALES and ANTONIO J. MUNOZ

_____
Linda D. Thomas