IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:05CV02184 |
| SOVEREIGN 59 CORPORATION; CLEOFE | ) |
| RUBI-GONZALEZ, a/k/a CLEOFE RUBI; | ) The Honorable Emmet G. Sullivan |
| ANTONIO J. MUNOZ; and THE ZILBERBRAND | ) |
| GROUP, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS MATTER, having come before the Court on Defendant The Zilberbrand Group's Motion to Dismiss, and the Court having considered the Motion, supporting Memorandum and attached Declaration, and the opposition with respect thereto submitted by Plaintiff, and for good cause shown, it is hereby

ORDERED that the Motion to Dismiss brought by Defendant The Zilberbrand Group is hereby GRANTED, and it is hereby

FURTHER ORDERED that the Complaint herein be, and hereby is, dismissed as to Defendant The Zilberbrand Group.

_____
U.S.D.C. Judge

_____
Date