IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:05CV02184 |
| SOVEREIGN 59 CORPORATION; CLEOFE | ) |
| RUBI-GONZALEZ, a/k/a CLEOFE RUBI; | ) The Honorable Emmet G. Sullivan |
| ANTONIO J. MUNOZ; and THE ZILBERBRAND | ) |
| GROUP, LLC, | ) |
| | ) |
| Defendants. | ) |

DEFENDANT THE ZILBERBRAND GROUP'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Zilberbrand Group certifies that the following are corporate parents, affiliates and/or subsidiaries of The Zilberbrand Group which are publicly held:

NONE

Respectfully submitted,

_____
David K. Monroe, DC Bar No. 358763
Brendan Collins, DC Bar No. 413658
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
1054 Thirty-First Street, NW
Washington, DC 20007
Telephone:    202/342-5200
Facsimile:    202/342-5219
Email:    dmonroe@gkglaw.com
                bcollins@gkglaw.com

DATED: December 23, 2005

CERTIFICATE OF SERVICE

  I do hereby certify that a true and correct copy of the foregoing document was delivered to the following addressees at the address stated by depositing same in the United States mail, first class postage prepaid, this 23rd day of December 2005:

    G. Brian Busey
    John L. Kolakowski
    MORRISON & FOERSTER, LLP
    1650 Tysons Boulevard – Suite 300
    McLean, VA 22102
    Telephone: 703/760-7700
    Facsimile: 703/760-7777

    Attorneys for Plaintiff
    DuPONT FABROS DEVELOPMENT LLC

    Stephen H. Marcus
    LAW OFFICE OF STEPHEN H. MARCUS
    1050 Seventeenth Street, NW – Suite 600
    Washington, DC 20036
    Telephone: 202/776-0651
    Facsimile: 202/331-7272

    and

    Orlando Fernandez
    GARCIA & FERNANDEZ
    33 Bolivia Street – Suite 701
    San Juan, PR 00917
    Telephone: 787/764-1932
    Facsimile: 787/766-2132

    Attorneys for Defendants
    SOVEREIGN 59 CORPORATION, INC.,
    CLEOFE RUBI-GONZALES and ANTONIO J. MUNOZ

              _Linda D. Thomas_