IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOVEREIGN 59 CORPORATION, CLEOFE ) <br> RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, ) <br> ANTONIO J. MUNOZ, and THE ) <br> ZILBERBRAND GROUP, LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 01:05CV02184-EGS <br> JUDGE EMMET G. SULLIVAN |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO OPPOSE MOTION TO
DISMISS OF DEFENDANT THE ZILBERBRAND GROUP**

Plaintiff DuPont Fabros respectfully moves the Court for an extension of time to oppose the motion to dismiss filed on December 23, 2005 by Defendant The Zilberbrand Group, LLC. While Plaintiff's opposition currently is due Friday, January 6, 2006 pursuant to LCvR 7(b) and LCvR 5.4, Plaintiff's attorneys in this matter both will be on vacation beginning December 24, 2005 and continuing until January 3, 2006. As such, Plaintiff's attorneys anticipate that they will need additional time upon returning from vacation to respond properly to the detailed arguments set forth in Defendant's motion to dismiss. Plaintiff therefore moves the Court for an additional six days within which to file any opposition to Defendant's motion to dismiss, making Plaintiff's new deadline Thursday, January 12, 2006. Plaintiff's attorneys have conferred with counsel for Defendant and have learned that Defendant does not oppose this motion.

va-146930

- 2 -

Dated: December 23, 2005                     Respectfully submitted,

                                              DuPONT FABROS DEVELOPMENT LLC

                                              By: _____/s/_____

                                                G. Brian Busey (DC Bar No. 366760)
                                                John L. Kolakowski (DC Bar No. 476628)
                                              MORRISON & FOERSTER LLP
                                              1650 Tysons Boulevard, Suite 300
                                              McLean, Virginia  22102
                                              Telephone:  (703) 760-7700
                                              Facsimile:   (703) 760-7777

                                              Attorneys for Plaintiff DuPont Fabros
                                              Development LLC.

- 2 -

va-146930