IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Case No. 01:05CV02184-EGS <br> SOVEREIGN 59 CORPORATION, CLEOFE ) JUDGE EMMET G. SULLIVAN <br> RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, ) <br> ANTONIO J. MUNOZ, and THE ) <br> ZILBERBRAND GROUP, LLC, ) <br> ) <br> Defendants. ) <br> ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Plaintiff's Unopposed Motion for Extension of Time To Oppose Motion to Dismiss of Defendant The Zilberbrand Group, it is by this _____ day of _____, _____, hereby

ORDERED that Plaintiff's unopposed motion is GRANTED; and it is

FURTHER ORDERED that the time by which Plaintiff shall serve any opposition to Defendant The Zilberbrand Group's Motion to Dismiss in the above-captioned action shall be enlarged to January 12, 2006.

_____
Judge Emmet G. Sullivan

va-146940