THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DuPONT FABROS DEVELOPMENT**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SOVEREIGN 59 CORPORATION, CLEOFE RUBI-GONZALEZ, a/k/a CLEOFE RUBI, ANTONIO J. MUÑOZ, and THE ZILBERBRAND GROUP**<br><br>**Defendants.** | **CASE No. 1:05CV02184**<br><br>**Judge Emmet G. Sullivan** |

**MOTION OF DEFENDANTS SOVEREIGN 59 CORP., CLEOFE RUBI-GONZALEZ AND ANTONIO MUNOZ TO DISMISS THE COMPLAINT**

Defendants Sovereign 59 Corp., Cleofe Rubi-Gonzalez ("Rubi") and Antonio J. Munoz ("Munoz"), by undersigned counsel, hereby move, pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), for an Order dismissing the complaint on the grounds that this Court lacks personal jurisdiction over the foregoing Defendants, and because the complaint does not assert a legally cognizable claim against Rubi or Munoz.

A supporting memorandum and a proposed Order are attached hereto.

Respectfully submitted,

_____/s/_____
Stephen H. Marcus, Esq.
Law Office of Stephen H. Marcus
D.C. Bar No. 394419
1050 17th Street. N.W.,
Suite 600
Washington, D.C.  20036
Tel: 202-776-0651
Fax: 202-331-7272

2

        Orlando Fernandez, Esq.
        Garcia & Fernandez
        33 Bolivia Street
        Suite 701
        San Juan, P.R.  00917
        Tel:  787-764-1932
        Fax: 787-766-2132

        Counsel for Defendants
        Sovereign 59 Corporation, Inc.,
        Cleofe Rubi-Gonzalez and
        Antonio J. Munoz

December 23, 2005

Case 1:05-cv-02184-EGS   Document 19   Filed 12/23/2005   Page 3 of 4

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DuPONT FABROS DEVELOPMENT** | **CASE No. 1:05CV02184** |
| **Plaintiff,** | **Judge: Emmet G. Sullivan** |
| **vs.** | |
| **SOVEREIGN 59 CORPORATION, CLEOFE RUBI-GONZALEZ, a/k/a CLEOFE RUBI, ANTONIO J. MUÑOZ, and THE ZILBERBRAND GROUP** | |
| **Defendants.** | |

## ORDER

Upon consideration of the motion of Defendants Sovereign 59 Corporation, Cleofe Rubi-Gonzalez and Antonio J. Munoz, and Plaintiff's opposition thereto, and for good cause shown, it is hereby ORDERED that the aforesaid motion is granted and that this action is dismissed against the foregoing Defendants.

                                                                                    Judge Emmet G. Sullivan

Date

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of December, 2005, I served the following counsel with the foregoing Motion to Dismiss the Complaint by filing it on the Electronic Case Filing System for the U.S. District Court for the District of Columbia:

    G. Brian Busey, Esq.
    Morrison & Foerster
    1650 Tysons Blvd.
    Suite 300
    McLean, Virginia 22102

    David K. Monroe
    Galland Kharasch Greenberg
    Fellman & Swirsky
    1054 31st Street, N.W.
    Washington, D.C.  20007

    _____/s/_____
    Stephen H. Marcus