**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 01:05CV02184-EGS<br>SOVEREIGN 59 CORPORATION, CLEOFE ) JUDGE EMMET G. SULLIVAN<br>RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, )<br>ANTONIO J. MUNOZ, and THE )<br>ZILBERBRAND GROUP, LLC, )<br>)<br>Defendants. )<br>) | |

**PRAECIPE AND NOTICE TO CLERK OF CHANGE OF ADDRESS**

Pursuant to Local Civil Rules 5.1(e)(1), 11.1, 83.15(b)(4) and 83.15(c), Counsel for Plaintiff DuPont Fabros Development LLC ("DuPont"), G. Brian Busey and John L. Kolakowski, hereby provide notice that they have moved to a new office location. Counsel's new address of record is:

   G. Brian Busey
   John L. Kolakowski
   Morrison & Foerster LLP
   2000 Pennsylvania Avenue, Suite 5500
   Washington, DC  20006
   (202) 887-1500
   (202) 887-0763 (fax)

Plaintiff and its counsel respectfully request that the Clerk of the Court note this change of address in this matter's record.

va-147670

Dated: January 3, 2006                    Respectfully submitted,

                                                  DuPONT FABROS DEVELOPMENT LLC

By:  /s/ _____
    G. Brian Busey (DC Bar No. 366760)
    John L. Kolakowski (DC Bar No. 476628)
    MORRISON & FOERSTER LLP
    2000 Pennsylvania Ave. NW, Suite 5500
    Washington, DC 20006
    Telephone:  (202) 887-1500
    Facsimile:   (202) 887-0763

Attorneys for Plaintiff DuPont Fabros Development LLC.

va-147670