IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC,       )<br>                                                                    )<br>            Plaintiff,                                        )<br>                                                                    )<br>      v.                                                         )<br>                                                                    )<br>SOVEREIGN 59 CORPORATION, CLEOFE  )<br>RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI,       )<br>ANTONIO J. MUNOZ, and THE                    )<br>ZILBERBRAND GROUP, LLC,                       )<br>                                                                    )<br>            Defendants.                                   )<br>                                                                    ) | Case No. 01:05CV02184-EGS<br>JUDGE EMMET G. SULLIVAN |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO OPPOSE MOTION TO DISMISS OF DEFENDANTS
<u>SOVEREIGN 59 CORP., CLEOFE RUBI-GONZALEZ AND ANTONIO MUNOZ</u>**

Plaintiff DuPont Fabros Development LLC respectfully moves the Court for an extension of time to oppose the motion to dismiss filed on December 23, 2005 by Defendants Sovereign 59 Corporation, Cleofe Rubi-Gonzalez and Antonio Munoz. While Plaintiff's opposition currently is due Friday, January 6, 2006 pursuant to LCvR 7(b) and LCvR 5.4, Plaintiff's attorneys in this matter both were on vacation beginning December 24, 2005 and continuing until January 3, 2006. Now having returned from vacation, Plaintiff's attorneys anticipate that they will need additional time to respond properly to the detailed arguments set forth in Defendants' motion to dismiss. Plaintiff therefore moves the Court for an additional six days within which to file any opposition to Defendants' motion to dismiss, making Plaintiff's new deadline Thursday, January

va-147570

- 2 -

12, 2006.  Counsel for Defendants Sovereign 59 Corp., Cleofe Rubi-Gonzalez and Antonio Munoz has informed Plaintiff's counsel that the Defendants do not oppose such a motion.[1]

Dated: January 3, 2006

Respectfully submitted,

DuPONT FABROS DEVELOPMENT LLC

By: _____/s/_____
   G. Brian Busey (DC Bar No. 366760)
   John L. Kolakowski (DC Bar No. 476628)
   MORRISON & FOERSTER LLP
   2000 Pennsylvania Ave. NW, Suite 5500
   Washington, DC 20006
   Telephone:  (202) 887-1500
   Facsimile:   (202) 887-0763

Attorneys for Plaintiff DuPont Fabros Development LLC.

---

[1] Enlarging Plaintiff's deadline to January 12, 2006 will result in Plaintiff having the same opposition deadline for this motion as that previously granted by the Court for Plaintiff's opposition to the motion to dismiss of Defendant The Zilberbrand Group LLC.

- 2 -

va-147570