IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOVEREIGN 59 CORPORATION, CLEOFE )<br>RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, )<br>ANTONIO J. MUNOZ, and THE )<br>ZILBERBRAND GROUP, LLC, )<br>)<br>Defendants. )<br>) | Case No. 01:05CV02184-EGS<br>JUDGE EMMET G. SULLIVAN |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Plaintiff's Unopposed Motion for Extension of Time To Oppose Motion to Dismiss of Defendants Sovereign 59 Corporation, Cleofe Rubi-Gonzalez and Antonio Munoz, it is by this _____ day of January, 2006, hereby

ORDERED that Plaintiff's unopposed motion is GRANTED; and it is

FURTHER ORDERED that the time by which Plaintiff shall serve any opposition to Defendants' Motion to Dismiss in the above-captioned action shall be enlarged to January 12, 2006.

_____
Judge Emmet G. Sullivan

va-146940