# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SOVEREIGN 59 CORPORATION, CLEOFE ) | Case No. 01:05CV02184-EGS |
| RUBI-GONZALEZ, a/k/a CLEOFE RUBI, ) | JUDGE EMMET G. SULLIVAN |
| ANTONIO J. MUNOZ and THE ) | |
| ZILBERBRAND GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

### ATTORNEY ORLANDO FERNANDEZ'S
### UNOPPOSED MOTION TO BE ADMITTED *PRO HAC VICE*

Orlando Fernandez, counsel for Defendants Sovereign 59 Corporation, Cleofe Rubi and Antonio J. Munoz, respectfully moves for an Order pursuant to LCvR 83.2(d) permitting him to appear *pro hac vice* on behalf of the foregoing Defendants. Mr. Fernandez submits the attached declaration in support of this motion in compliance with the requirements of LCvR 83.2(d).

Pursuant to LCvR 7(m), counsel for the foregoing Defendants contacted counsel for Plaintiff who advises that Plaintiff does not oppose this motion.

A proposed Order is attached hereto.

2

        Respectfully submitted,


        _____/s/_____
        Stephen H. Marcus, Esq.
        Law Office of Stephen H. Marcus
        D.C. Bar No. 394419
        1050 17th Street. N.W.,
        Suite 600
        Washington, D.C.  20036
        Tel: 202-776-0651
        Fax: 202-331-7272


        Counsel for Defendants
        Sovereign 59 Corporation, Inc.,
        Cleofe Rubi-Gonzalez and
        Antonio J. Munoz

January 5, 2006

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DuPONT FABROS DEVELOPMENT LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SOVEREIGN 59 CORPORATION, CLEOFE RUBI-GONZALEZ, a/k/a CLEOFE RUBI, ANTONIO J. MUNOZ and THE ZILBERBRAND GROUP, LLC, | ) ) ) ) ) | Case No. 01:05CV02184-EGS JUDGE EMMET G. SULLIVAN |
| Defendants. | ) ) | |

## **ORDER**

Upon consideration of the unopposed motion filed by Orlando Fernandez to be admitted *pro hac vice* in this case, it is this ___ day of _____ 2006, hereby ORDERED that the aforesaid motion is granted and that Orlando Fernandez is hereby admitted *pro hac vice* in this case.

_____
Judge Emmet G. Sullivan

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of January, 2006, I served the following counsel with the foregoing Motion by filing it on the Electronic Case Filing System for the U.S. District Court for the District of Columbia:

    G. Brian Busey, Esq.
    Morrison & Foerster
    2000 Pennsylvania Avenue,
    Suite 5500
    Washington, D.C.  20006

    David K. Monroe, Esq.
    Galland Kharasch Greenberg
    Fellman & Swirsky
    1054 31st Street, N.W.
    Washington, D.C.  20007

    _____/s/_____
    Stephen H. Marcus