IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, a Delaware limited liability company located at 1212 New York Ave., NW, Suite 900, Washington, DC 20005,<br><br>Plaintiff,<br><br>vs.<br><br>SOVEREIGN 59 CORPORATION, a Delaware corporation located at 680 César González Ave, Hato Rey, PR 00918<br>Registered Agent:<br>   The Corporation Trust Company<br>   1209 Orange Street<br>   Wilmington, DE 19801<br><br>and<br><br>CLEOFE RUBI-GONZALEZ, a/k/a CLEOFE RUBI,<br><br>and<br><br>ANTONIO J. MUÑOZ,<br><br>and<br><br>THE ZILBERBRAND GROUP, LLC, a Delaware limited liability company located at 1503 N. Park Avenue, Chicago, IL 60610,<br><br>Defendants. | CASE No. 1:05CV02184<br><br>Judge: Emmet G. Sullivan<br><br>Deck Type: Contract |

## APPLICATION FOR ADMISSION PRO HAC VICE

Comes now, Orlando Fernández, applicant herein, and respectfully states:

1. Applicant is an attorney and a member of the law firm of García & Fernández, with offices at: 33 Bolivia St., Suite 701, San Juan, P.R. 00917-2010, Tel. (787) 764-1932.

2. Applicant will sign all pleadings with the name Orlando Fernández.

3.  Applicant has been retained by Sovereign 59, Cleofe Rubí and Antonio J. Muñoz to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Columbia.

4.  Since November, 1979, Applicant has been and presently is a member in good standing of the bar of the highest court of the Commonwealth of Puerto Rico, where Applicant regularly practices law. Applicant's Puerto Rico bar license number is 7744.

5.  Applicant has been admitted to practice before the following courts:

    Court:

    | | |
    |---|---|
    | Commonwealth of Puerto Rico Supreme Court | since 1979 |
    | U.S. District Court of Puerto Rico | since 1980 |
    | U.S. Circuit Court, First Circuit | since 1980 |

6.  Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7.  Applicant has never been disciplined by any bar.

8.  During the last two years, Applicant has not applied or been admitted for pro hac vice admission in the United States District Court for the District of Columbia.

9.  Local counsel of record associated with Applicant in this matter is:

    | | |
    |---|---|
    | Name | Stephen H. Marcus, Esq. |
    | USDC-DC Bar No. | 394419 |
    | Address | 1050 17th Street, N.W., Suite 600 Washington, D.C. 20036 |
    | Email | shmarcus@att.net |
    | Telephone No. | 202-776-0651 |
    | Fax No. | 202-669-2618 |

10. Applicant has familiarity with the Local Rules of this Court and will comply with same.

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Columbia for the above-styled case.

- 2 -

In San Juan, Puerto Rico, this 16th day of December, 2005.

*[signature]*
Orlando Fernández
García & Fernández
33 Bolivia St., Suite 701
San Juan, P.R. 00917-2010
Tel. (787) 764-1932/Fax (787) 766-2132
ofernandez@gflawpr.com

I HEREBY CERTIFY, pursuant to Local Rule 83.2, that I consent to join as local counsel of record for all purposes.

Date: 1/4/06

*[signature]*
Stephen H. Marcus