THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SOVEREIGN 59 CORPORATION, CLEOFE ) | Case No. 01:05CV02184-EGS |
| RUBI-GONZALEZ, a/k/a CLEOFE RUBI, ) | JUDGE EMMET G. SULLIVAN |
| ANTONIO J. MUNOZ and THE ) | |
| ZILBERBRAND GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

## LCvR 7.1 CERTIFICATE

I, Stephen H. Marcus, Esq., counsel for Defendant Sovereign 59 Corporation ("Sovereign 59"), certify that to the best of my knowledge and belief, Sovereign 59 does not have any parent, subsidiaries or affiliates companies that are publicly held.

These representations are made pursuant to Fed. R. Civ. P. 7.1 and LCvR 7.1 in order that the Judges of this Honorable Court may determine whether there is any need for recusal.

Respectfully submitted,


_____/s/_____
Stephen H. Marcus, Esq.
Local Office of Stephen H. Marcus
D.C. Bar No. 394419
1050 17th Street. N.W., Suite 600
Washington, D.C. 20036
Tel: 202-776-0651
Fax: 202-331-7272

January 5, 2006                              Counsel for Defendant
                                             Sovereign 59 Corporation, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of January, 2006, I served the following counsel with the foregoing certificate by filing it on the Electronic Case Filing System for the U.S. District Court for the District of Columbia:

      G. Brian Busey, Esq.
      MORRISON & FOERSTER
      2000 Pennsylvania Avenue, N.W.
      Suite 5500
      Washington, D.C.  20006

      David K. Monroe
      GALLAND KHARASCH GREENBERG
      FELLMAN & SWIRSKY, PC
      1054 31st Street, N.W.
      Washington, D.C.  20007

                        _____/s/_____
                        Stephen H. Marcus