IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOVEREIGN 59 CORPORATION, CLEOFE ) <br> RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, ) <br> ANTONIO J. MUNOZ, and THE ) <br> ZILBERBRAND GROUP, LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 01:05CV02184-EGS <br> JUDGE EMMET G. SULLIVAN |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff DuPont Fabros Development LLC respectfully moves the Court for a second extension of time to oppose motions filed by Defendants in this case. Two motions to dismiss this lawsuit were filed on December 23, 2005 - one by Defendants Sovereign 59 Corporation, Cleofe Rubi-Gonzalez and Antonio Munoz, and one by Defendant The Zilberbrand Group, LLC. The Court via December 29, 2005 and January 5, 2006 Minute Orders previously extended Plaintiff's deadlines for opposing the motions to dismiss until Thursday, January 12, 2006. Plaintiff through the current motion now seeks a second extension of time because Plaintiff's counsel has been conducting settlement negotiations with opposing counsel and Plaintiff is optimistic that an agreement may be reached by which this litigation soon may be dismissed at the parties' behest. In order to allow the maximum efficient use of time to conduct negotiations, and to avoid expending attorney resources on oppositions that may not need to be filed, Plaintiff respectfully requests that the Court provide a second extension of time to respond to Defendants'

dc-437851

- 2 -

Motions to Dismiss. Plaintiff's oppositions currently are due Thursday, January 12, 2006, and Plaintiff's attorneys request that the deadline be extended until Friday, January 20, 2006. Plaintiff's counsel has spoken to opposing counsel regarding this motion, and Plaintiff's counsel has been informed that there is no opposition by any Defendant.

Dated: January 9, 2006                                        Respectfully submitted,

                                                              DuPONT FABROS DEVELOPMENT LLC

                                                              By: _____/s/_____
                                                                  G. Brian Busey (DC Bar No. 366760)
                                                                  John L. Kolakowski (DC Bar No. 476628)
                                                                  MORRISON & FOERSTER LLP
                                                                  2000 Pennsylvania Ave. NW, Suite 5500
                                                                  Washington, DC 20006
                                                                  Telephone:  (202) 887-1500
                                                                  Facsimile:  (202) 887-0763

                                                              Attorneys for Plaintiff DuPont Fabros
                                                              Development LLC.