**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC,                    )<br>                                                                              )<br>                        Plaintiff,                                  )<br>                                                                              )<br>            v.                                                              )<br>                                                                              )<br>SOVEREIGN 59 CORPORATION, CLEOFE     )<br>RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI,           )<br>ANTONIO J. MUNOZ, and THE                            )<br>ZILBERBRAND GROUP, LLC,                              )<br>                                                                              )<br>                        Defendants.                              )<br>                                                                              ) | Case No. 01:05CV02184-EGS<br>JUDGE EMMET G. SULLIVAN |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Plaintiff's Unopposed Motion for Extension of Time To Oppose Defendants' Motions to Dismiss, it is by this _____ day of January, 2006, hereby

ORDERED that Plaintiff's unopposed motion is GRANTED; and it is

FURTHER ORDERED that the time by which Plaintiff shall serve any opposition to the pending Motions to Dismiss filed by the Defendants in the above-captioned action shall be enlarged to Friday, January 20, 2006.

_____
Judge Emmet G. Sullivan

va-146940