**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) ) Plaintiff, ) ) v. ) ) SOVEREIGN 59 CORPORATION, CLEOFE ) RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, ) ANTONIO J. MUNOZ, and THE ) ZILBERBRAND GROUP, LLC, ) ) Defendants. ) ) | Case No. 01:05CV02184-EGS JUDGE EMMET G. SULLIVAN |

**PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS**
**PENDING IMMINENT SETTLEMENT OF LITIGATION**

Plaintiff DuPont Fabros Development LLC respectfully moves the Court for a stay of the proceedings in the above-captioned case. The parties have reached an agreement in principle that will settle and resolve the dispute at issue in this litigation. The parties are exchanging documents and require some time to finalize the documents. The parties anticipate filing a stipulated dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), by no later than February 1, 2006. Accordingly, Plaintiff respectfully requests that the Court stay this case until February 1, 2006, and also suspend all currently-applicable deadlines until that date, at which time the parties anticipate filing the stipulation of dismissal. Plaintiff's counsel has conferred with counsel for the defendants regarding this motion, and Plaintiff's counsel has been informed that there is no opposition by any Defendant.

dc-439023

- 2 -

Dated: January 20, 2006                    Respectfully submitted,

                                            DuPONT FABROS DEVELOPMENT LLC

                                            By: _____/s/_____

                                                G. Brian Busey (DC Bar No. 366760)
                                                John L. Kolakowski (DC Bar No. 476628)
                                                MORRISON & FOERSTER LLP
                                                2000 Pennsylvania Ave. NW, Suite 5500
                                                Washington, DC 20006
                                                Telephone:   (202) 887-1500
                                                Facsimile:    (202) 887-0763

                                            Attorneys for Plaintiff DuPont Fabros
                                            Development LLC.

dc-439023