# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOVEREIGN 59 CORPORATION, CLEOFE )<br>RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, )<br>ANTONIO J. MUNOZ, and THE )<br>ZILBERBRAND GROUP, LLC, )<br>)<br>Defendants. )<br>) | Case No. 01:05CV02184-EGS<br>JUDGE EMMET G. SULLIVAN |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Plaintiff's Unopposed Motion for Stay of Proceedings Pending Imminent Settlement of Litigation, it is by this _____ day of January 2006, hereby

ORDERED that Plaintiff's unopposed motion for stay is GRANTED;

FURTHER ORDERED that on or before February 1, 2006, the parties shall file a stipulated dismissal or provide the Court with an update on the status of their negotiations.

                                                        Judge Emmet G. Sullivan

dc-439039