**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 01:05CV02184-EGS |
| SOVEREIGN 59 CORPORATION, CLEOFE ) | JUDGE EMMET G. SULLIVAN |
| RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, ) | |
| ANTONIO J. MUNOZ, and THE ) | |
| ZILBERBRAND GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UPDATE ON STATUS OF SETTLEMENT NEGOTIATIONS AND**
**UNOPPOSED MOTION FOR EXTENSION OF STAY OF PROCEEDINGS**

Plaintiff DuPont Fabros Development LLC respectfully provides this update on the status of the parties' settlement negotiations and moves the Court for an extension of the stay of the proceedings currently in force for the above-captioned case. The parties have reached an agreement that will settle and resolve the dispute at issue in this litigation and currently are exchanging settlement documents for signatures and finalization. This process should be completed within the next few days.

With settlement terms having been agreed upon, the parties had anticipated filing a stipulated dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), by no later than February 1, 2006. Accordingly, Plaintiff previously moved for and received from the Court a stay of these proceedings until that date. However, the exchange of settlement documents has taken longer than anticipated due in part to the fact that Defendants Cleofe Rubi-Gonzalez and Antonio J. Munoz reside outside of the continental United States. Plaintiff now expects that all settlement

dc-439969

- 2 -

formalities will be completed within the coming days, but the parties will not be able meet the current deadline of February 1, 2006 for filing the stipulated dismissal with the Court. Therefore, Plaintiff respectfully requests that the Court extend the current stay of this case for an additional two weeks, until February 15, 2006. Plaintiff's counsel has conferred with counsel for the Defendants regarding this motion, and Plaintiff's counsel has been informed that there is no opposition by any Defendant.

Dated: February 1, 2006

Respectfully submitted,

DuPONT FABROS DEVELOPMENT LLC

By: _____/s/_____
    G. Brian Busey (DC Bar No. 366760)
    John L. Kolakowski (DC Bar No. 476628)
    MORRISON & FOERSTER LLP
    2000 Pennsylvania Ave. NW, Suite 5500
    Washington, DC 20006
    Telephone: (202) 887-1500
    Facsimile: (202) 887-0763

Attorneys for Plaintiff DuPont Fabros Development LLC.