**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 01:05CV02184-EGS |
| ) | JUDGE EMMET G. SULLIVAN |
| SOVEREIGN 59 CORPORATION, CLEOFE ) | |
| RUBI-GONZÁLEZ, a/k/a CLEOFE RUBI, ) | |
| ANTONIO J. MUNOZ, and THE ) | |
| ZILBERBRAND GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Plaintiff's Unopposed Motion for Extension of Stay of Proceedings, it is by this _____ day of February 2006, hereby

ORDERED that Plaintiff's unopposed motion for extension of stay is GRANTED;

FURTHER ORDERED that on or before February 15, 2006, the parties shall file a stipulated dismissal or provide the Court with an update on the status of their negotiations.

_____
Judge Emmet G. Sullivan

dc-439971