IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DuPONT FABROS DEVELOPMENT LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOVEREIGN 59 CORPORATION, CLEOFE ) <br> RUBI-GONZALEZ, a/k/a CLEOFE RUBI, ) <br> ANTONIO J. MUNOZ and THE ) <br> ZILBERBRAND GROUP, LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 01:05CV02184-EGS <br> JUDGE EMMET G. SULLIVAN |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties, by their undersigned counsel, jointly dismiss, with prejudice, all of their claims in the above-captioned action with each of party to bear it or his own costs and attorneys' fees.

Respectfully submitted, this 13th day of February, 2006.

_____/s/_____  
G. Brian Busey (DC Bar No. 366760)  
John L. Kolakowski (DC Bar No. 476628)  
MORRISON & FOERSTER, LLP  
2000 Pennsylvania Avenue, NW  
Washington, DC  20006  

Counsel for Plaintiff DuPont Fabros Development, LLC

_____/s/_____  
Stephen H. Marcus  
Law Office of Stephen H. Marcus  
D.C. Bar No. 394419  
1050 17th Street. N.W., Suite 600  
Washington, D.C.  20036  

Orlando Fernández  
GARCIA & FERNANDEZ  
33 Bolivia Street, Suite 701  
San Juan, P.R. 00917-2010  

Counsel for Defendants Sovereign 59 Corporation, Cleofe Rubi González a/k/a Cleofe Rubí and Antonio J. Muñoz

_____/s/_____
David K. Monroe (DC Bar No. 358763)
Brendan Collins (DC Bar No. 413658)
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
1054 31st Street, N.W.
Washington, D.C. 20007

Counsel for The Zilberbrand Group


**SO ORDERED:**


_____
Judge Emmet G. Sullivan